

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00881-CV

Jose **SANCHEZ** and Jeanne Sanchez,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48878-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

In addition, appellants have failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellants, within ten days of the date of this order, to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. We FURTHER ORDER appellants, within ten days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that she/he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs).

**If appellants fail to respond to these orders within the time provided, this appeal will be dismissed.** *See* **TEX. R. APP. P. 37.3(b);** *see also* **TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court